### BARTON v. STATE.
#### No. 26474.

Court of Criminal Appeals of Texas.
June 3, 1953.

No attorney on appeal for appellant.

320Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The offense is driving a motor vehicle while intoxicated; the punishment, a fine of $200.

The record on appeal contains neither a statement of facts nor bill of exception. The proceedings appear regular and nothing is presented for review.

The judgment is affirmed.